# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2582 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 33 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 74862 |
| | : | |
| CATHERINE ANN MULDOON, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Catherine Ann Muldoon is suspended on consent from the Bar of this Commonwealth for a period of six months. She shall comply with all the provisions of Pa.R.D.E. 217, and shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).